Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

No. 52654.—Ciba Pharmaceutical Products, Inc. v. United States, protests 139711–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

No. 52655.—Dextar Fur Corp. et al. v. United States, protests 140894–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

No. 52656.—Sam Forwand Co. et al. v. United States, protests 141606–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 4, 1948

No. 52657.—B. Altman & Co. v. United States, protest 137891–K (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of knitted wool scarves similar in all material